AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| **Fred Blueeyes** | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: 1:10CR00247-002JB |
| | USM Number: **48950-051** |
| | Defense Attorney: **Daniel Tallon, Appointed** |

THE DEFENDANT:

☒   admitted guilt to violations of condition(s) **Mandatory** of the term of supervision.

☐   was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Mandatory Condition | The defendant committed another federal, state, or local crime. | 06/11/2014 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)  and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| **3546** | **January 19, 2016** |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |

| **1991** | **/s/ James O. Browning** |
|---|---|
| Defendant's Year of Birth | Signature of Judge |

| **Waterflow, NM** | **Honorable James O. Browning** |
|---|---|
| | **United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |

| | **February 17, 2016** |
|---|---|
| | Date Signed |

AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations
Sheet 3C Supervised Release
Judgment - Page 2 of 2

Defendant: **Fred Blueeyes**
Case Number: **1:10CR00247-002JB**

## SPECIAL CONDITIONS OF SUPERVISION

**The defendant must refrain from the use and possession of alcohol and other forms of intoxicants.**

**The defendant must participate in and successfully complete an outpatient mental health treatment program approved by the probation officer. The defendant may be required to pay a portion of the cost of this treatment as determined by the probation officer.**

**The defendant must reside at and complete a program at a Residential Reentry Center approved by the probation officer for a period of  6  months.**

**The defendant must not have contact with children under the age of 18 years of age  without prior approval of the probation officer. The defendant must immediately report unauthorized contact with children to the probation officer.**

**The defendant must participate in and successfully complete an outpatient substance abuse treatment program approved by the probation officer, which may include testing. The defendant is prohibited from obstructing or attempting to obstruct or tamper, in any fashion, with the collection, efficiency and accuracy of any substance abuse testing device or procedure. The defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the Probation Office.**

**The defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

**The defendant must submit to a search of the defendant's person, property, or automobile under the defendant's control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting illegal substances or weapons at the direction of the probation officer. The defendant must inform any residents that the premises may be subject to a search.**

**The defendant must participate in and successfully complete a community-based program which provides education and training in anger management.**

**The efendant shall have no contact with the co-defendant in this case, with the exception of his brother Vyson B.**

**The defendant shall not have any direct or indirect contact or communication with the victim or the victim's mother in the defendant's state case.  He shall not go near or enter the premises where the victim resides, is employed, attends school or treatment, except under circumstances approved in advance and in writing by the probation officer.**